Argued and submitted January 30, affirmed July 19, 2017

In the Matter of the Compensation of
Vicki Salvador, Claimant.
Vicki SALVADOR,
*Petitioner,*

*v.*

SAIF CORPORATION,
and KHRG Employer,
*Respondents.*

Workers' Compensation Board
1404476; A159855

398 P3d 485

Julene M. Quinn argued the cause and filed the briefs for petitioner.

Julie Masters argued the cause and filed the brief for respondents.

Before DeVore, Presiding Judge, and Garrett, Judge, and Duncan, Judge pro tempore.

PER CURIAM

Affirmed. *Brown v. SAIF*, 361 Or 241, 391 P3d 773 (2017); *McDermott v. SAIF*, 286 Or App 406, 398 P3d 964 (2017).